IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEPHEN B. MISLICH,<br><br>    Defendant. | CASE NUMBER: 4:14-mj-4060-PMF<br><br>**FILED**<br><br>**FILED UNDER SEAL**  SEP 30 2014<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF ILLINOIS<br>EAST ST. LOUIS OFFICE |

### CRIMINAL COMPLAINT

I, PATRICK J. PARKER, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

### (EXTORTION)

On or about February 25, 2014, in Effingham County, within the Southern District of Illinois,

**STEPHEN B. MISLICH,**

defendant herein, with intent to extort from a person a thing of value, did knowingly transmit in interstate commerce, that being a communication over the internet, containing a threat to injure the property or reputation of a person, by publishing nude images of a person if she did not provide a nude video by a certain date and time; all in violation of Section 875(d) of Title 18 of the United States Code.

### COUNT 2

### (HARASSMENT)

On about December 18, 2013, in Effingham County, Illinois, and elsewhere within the Southern District of Illinois,

STEPHEN B. MISLICH

with the intent to injure, harass, and intimidate, used an interactive computer service, that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to a person; all in violation of Title 18, United States Code, Section 2261A.

I further state that I am a Special Federal Officer for the Federal Bureau of Investigation and that this complaint is based on the following facts:

### AFFIDAVIT

The facts to support the issuance of this Search Warrant are as follows:

### Introduction

1. I am a Special Federal Officer for the Federal Bureau of Investigation (FBI) assigned to the FBI's Springfield Violent Crimes Against Children (VCAC) Task Force in Fairview Heights, Illinois. I have been so assigned for approximately three years. I am also a Sergeant with the Calhoun County, Illinois Sheriff's Office. I have been a sworn police officer for over 9 years. During this time, I have investigated a variety of federal and state offenses, including computer-related crimes, crimes against children, and crimes involving the abuse and distribution of dangerous and controlled drugs within the United States. I have investigated matters involving the online exploitation of children, particularly regarding the possession, receipt, and transmission of images of child pornography. I have assisted in other child pornography cases investigated by other law enforcement officers. I have gained experience in the conduct of such investigations through training, seminars, classes, and everyday work related to conducting these types of investigations. I speak regularly with FBI and local forensic computer examiners and receive training in the search and recovery of computers, peripherals and computer data.

2. This particular matter focuses on the online activities of Stephen Mislich, and others

yet unknown concerning alleged violations of Title 18, United States Code, Section 875 (Extortion); and Title 18, United States Code Section 2261A (Harassment); all involving Mislich's misuse of computers and illegal access of certain email and Facebook accounts that were used to harass, blackmail, extort and threaten young females (some of whom were minors) into providing him with pornographic movies and images of themselves.

### Background Regarding Computers, the Internet and E-mail

3. Based upon my knowledge, training and experience, and the experience of other law enforcement personnel with whom I have spoken, I know that:

A. The Internet is a worldwide computer network which connects computers and allows communications and the transfer of data and information across state and national boundaries. Individuals who utilize the Internet can communicate by using electronic mail ("e-mail"). E-mail is an electronic form of communication which can contain letter type correspondence and graphic images. E-mail is similar to conventional paper type mail in that it is addressed from one individual to another and is usually private. E-mail usually contains a message header which gives information about the individual that originated a particular message or graphic, and importantly, the return address to respond to them.

B. Individuals that have an Internet e-mail address have a subscription to, membership, or affiliation with, an organization or commercial service which provides access to the Internet computer network. A provider of Internet access is referred to as an Internet service provider or ISP. One such ISP is MSN, and that portion of MSN which provides e-mail services is known as MSN Hotmail.

C. Internet service providers reserve and or maintain computer disk storage space on their computer system for the use of the internet service subscriber for the storage of

electronic communications with other parties (e-mail), which includes graphic files, programs, or other types of data stored in electronic form.

D. Internet service providers maintain records pertaining to their customers that could include credit card and other billing information, account access information, e-mail transaction information, news group access and posting information, account application information, and other information both in computer data format and in written record format that records the activities and interactions of these accounts.

E. In order to completely analyze the data maintained by an Internet service provider on an individual account, and the data maintained in an individual's data storage area on an Internet service provider's computer system, all data pertaining to an individual account should be seized and subsequently processed at a secure location by investigative personnel.

### Harassment and Extortion Statutes

4. Title 18 U.S.C. § 875, states (d) Whoever, with intent to extort from any person, firm, association, or corporation, any money or other thing of value, transmits in interstate or foreign commerce any communication containing any threat to injure the property or reputation of the addressee or of another or the reputation of a deceased person or any threat to accuse the addressee or any other person of a crime, shall be fined under this title or imprisoned not more than two years, or both.

5. Title 18 U.S.C. § 2261A(2) makes it illegal for anyone with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, uses the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that—

**(A)** places that person in reasonable fear of the death of or serious bodily injury to a person described in clause (i), (ii), or (iii) of paragraph (1)(A); or

**(B)** causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person described in clause (i), (ii), or (iii) of paragraph (1)(A).

## SUMMARY OF INVESTIGATION TO DATE

6. On October 3, 2013, "Victim #1", date of birth November 03, 1993, contacted the Effingham Police Department (EPD) regarding ongoing harassment via social media websites and email accounts. Victim #1 indicated that the harassment began on or about May 16, 2011. Victim #1 provided the investigators at the EPD with information related to an Unknown Individual (UI), who has subsequently been identified by law enforcement as Stephen B. Mislich. Victim #1 related that the individual had gained access to her Facebook account **["REDACTED"]** (username: **["REDACTED"]**; user id:**["REDACTED"]**) and her email account **["REDACTED"]**. Within the email account, the UI gained access to images which depicted Victim #1 in various stages of undress or engaged in sexual acts. Victim #1 stated these images were created for distribution to her fiancée only and indicated the pictures were taken when she was 16 years of age. Victim #1 stated that they were not intended for public distribution. Victim #1 was contacted by the UI, later identified as Stephen B. Mislich, through an email account which had belonged to Victim #1's fiancée. Victim #1 indicated that her fiancée's account had also been compromised. Victim #1 further reported that she had been the subject of several threatening comments from the individual later identified as Mislich and that Mislich had provided intimate details of her whereabouts, as well as those of her family's daily activities. Victim #1 stated that she had previously been contacted via Facebook by the individual later identified as Mislich and threatened with public distribution of her images on her Facebook timeline if she did not provide

further nude pictures that also contained her face within the picture. Victim #1 stated that her images had been distributed via Facebook, as well as posted on "www.motherless.com" and "www.anon-IB.com". Both of these websites are known to investigators to be pornographic in nature and have previously been tied to child pornography investigations. Victim #1 stated that her Facebook account had been used to harass other females in an attempt to obtain nude photos. Victim #1 stated that another email account of hers, **["REDACTED"]** had also been compromised. Victim #1 has been unable to regain access of the said accounts.

7. Victim #1 stated that on one particular occasion in July 2012, she took her fiancée to the airport to leave for an extended period of time. She was again contacted by the UI, later identified as Stephen B. Mislich, who had created another similar Facebook profile to hers and that was practically indistinguishable from hers. A Search Warrant is being sought for this Facebook profile. Mislich made contact with Victim #1 through her fiancée's profile in reference to the fact that he was aware that Victim #1 would now be alone with her fiancée being out of the area for an extended period.

8. On or about January 27, 2014, Victim #2, date of birth December 01, 1993, contacted the EPD regarding ongoing harassment. Victim #2 stated an UI, later identified as Stephen B. Mislich, who utilized the purported Facebook account of Victim #1 had gained access to Victim #2's email account **["REDACTED"]**. The individual had also obtained nude and pornographic images of her from within her email account without her permission. Mislich contacted Victim #2 through the hi-jacked Victim #1's Facebook profile and threatened to release the photographs publically. Victim #2 indicated she told EPD and the UI, later identified as Stephen Mislich, that the photos were taken prior to her reaching age 18. An example of the chats between Mislich and an ex-boyfriend of Victim #2, displays the text from the UI stating he gained access to Victim

#2 email account. The following exchange occurred on January 25, 2014

**Mislich;** don't have any pics of a girl from altamont?

**Ex-Boyfriend of Victim #2;** Right

**Mislich:** who have you fucked from altamont?

**Ex-Boyfriend of Victim #2:** ["Victim #2"]

**Ex-Boyfriend of Victim #2** Thats it

**Mislich:** I found this pic in ["Victim #2's"] email. do you think its her?

**Ex-Boyfriend of Victim #2** Yes thats her 3 years ago

**Mislich:** i wish i could see more of her

**Ex-Boyfriend of Victim #2:** Shes careful in pics too keep her face out. Look in my email u could prolly find better ones of her.

**Mislich:** can i see them?

**Ex-Boyfriend of Victim #2:** U found that one on ur own ? P

**Mislich:** yeah, wasn't easy. what do you have of her?

     9. On February 25, 2014, Victim #2 contacted EPD and stated that the UI, later identified as Stephen B. Mislich, using Victim #1's Facebook profile threatened to publish nude images of her if she did not provide a nude video by midnight. On that same day, Victim #2 provided consent to the investigators from the EPD to assume her Facebook profile and contact the UI, later identified as Stephen B. Mislich. The UI demanded a high quality nude video of Victim #2 or the UI would publish the photographs to Facebook or other websites. The UI agreed to receive a video of Victim #2 via the email account ["REDACTED"]. Correspondence was sent to the suspect by ["REDACTED"]. The account was created to mimic Victim #2's original email account, so no correspondence gets back to the victim. Law enforcement agents then downloaded an mp4 file

from YouTube that depicted a woman (unknown) dancing. A portion of the header, footer, and content was altered to render the file un-viewable, but retain the .mp4 extension. Correspondence was then sent to the hi-jacked email account that Mislich had procured from Victim #1. Banana tag was embedded within the email to track clicks and IP address (open source). A link shortened (goo.gl) was used to obfuscate the link to Blaze (both open source). A url redirect was utilized from goo.gl to the blaze web link and then to dropbox. When the suspect clicked on the goo.gl link it shuffled him along to the dropbox login page.

The process utilized all open source the technology that is commonly utilized in the advertising business to track link clicks and customer locations. The use of this type of investigation tools was directly affected by the time the victim had to respond. After the redirect link was sent, it was clicked approximately nine times thereby revealing the UI's IP address as 184.58.110.23.

10. On March 27, 2014, an administrative subpoena to Time Warner Cable identified the IP Address 184.58.110.23 as belonging to Stephen Mislich,

    A. An August 1, 2014 review of Ohio Driver's License records revealed a Stephen Bernard Mislich, a white male, born February 18, 1991, residing at an apartment in Bowling Green, Ohio 43402. A Search Warrant was obtained for Mislich's residence.

    B. An August 1, 2014 open source review of Bowling Green State University website indicated Mislich was employed as a graduate assistant with the Department of Mathematics & Statistics. A roster of the graduate students indicated Mislich's email contact for the school is ["REDACTED"].

    C. An August 1, 2014, review of CPClear, an open source database containing financial, legal, and personal history on individuals, identified Mislich as residing in Bowling

Green, OH 43402 beginning in June 2013. Moreover, the same report indicated Mislich previously resided in Altamont, IL, 62411, from 1997 through 2012.

    11. On or about February 1, 2014, Victim #3, date of birth February 09, 1993, contacted the EPD regarding harassment. Victim #3 was contacted through Facebook by Victim #2 regarding individuals with similar harassment. During a Facebook chat session with the UI, later identified by law enforcement as Stephen Mislich, who was using the hi-jacked Facebook profile of Victim #1, Mislich displayed nude photographs of Victim #3 and threatened to disseminate the photographs if more nude images and videos were not provided directly to him. Victim #3 argued with the UI and stated she was under the age of 18 when the images were created and refused to provide him any further nude photographs. Mislich then posted the images of Victim #3 on the "Wall" of her Facebook page where they could be viewed publically. A copy of the December 18, 2013, text conversation between Victim #3 and Mislich taken from the hi-jacked Facebook profile of Victim #1 is as follows:

**Mislich:** Guess what...

**Mislich:** You look great naked.
**Attachments [REDACTED IMAGE OF Victim #3]**

**Victim #3:** ?

**Mislich:** itd be a shame if everyone on your FB saw that, huh?

**Mislich:** you dont mind if everyone sees you naked? ok, ill post it :)

**Victim #3:** You are a fuck. I'm not gonna stop you regardless thank you for ruining everyone's life

**Mislich:** not everyone's. just yours. you know what to do so i don't post?

**Victim #3:** What

**Mislich:** a 30 second video. of you stripping. then ill leave you alone. Otherwise, your friends

and family will see you naked :) what do you think?

**Victim #3:** I don't know why you are doing this

**Mislich:** you have until 11 pm to send a video of you stripping, showing your face. otherwise, i post. you delete your FB, i post on your friends and family's walls.

**Victim #3:** You can have fun ruining peoples lives. Must make you feel like a wonderful person

**Mislich:** NOT PEOPLES. YOURS. I will ruin your life. if you think your life would be ruined if people saw your boobs :)

**Victim #3:** I think it ridiculous when I was young and dumb and made a mistake sending

**Mislich:** im sorry, but you got yourself into this situation. i have this one too.
**Attachments [SECOND REDACTED IMAGE OF Victim #3]**

**Victim #3:** good! you are a great person :)

**Mislich:** so whats it going to be? one 30 second video or me posting the pictures? up to you.

**Victim #3:** I have work at 4 am if you feel good about yourself do what you do you ruin peoples lives everyday you are amazing.

**Mislich:** ill make you an offer ["REDACTED"]. i wont ask for a video. i ask for one picture. topless like the others. that is all.

**Victim #3:** who are you and why do you do this to people I have a boyfriend and a life and I sent pictures when I was 17. So now you have children porn on your phone that doesn't look good.

**Mislich:** up to you.

**Mislich:** one topless picture or not? yes or no.

**Mislich:** it hurts me NONE to post pictures of you naked

**Victim #3:** I'm not sending you anything if you want to post child porn on the internet thats on you.

**Mislich:** will do. i hope you have fun knowing all your guy friends will be masterbating to naked pics of you tonight

**Victim #3:** thats great and I hope you feel good posting naked pictures of me on the internet

**Mislich:** i dont feel good. i dont feel bad. i feel nothing. :)

**Victim #3:** yeah because you are a fucking loser

**Mislich:** oh honey, be quiet :)

**Mislich:** you shouldnt have been such a slut

**Victim #3:** yeah I guess so I guess my past will always haunt me

**Mislich:** and you dont even want to change it. you want guys to see you naked. thats slutty :)

**Victim #3:** no its not because its called not cheating on your boyfriend and knowing you cant change your past I fucked up I cant change that

**Mislich:** im sure he'll understand if you send a topless picture so OTHER GUYS cant masterbate to you

**Mislich:** in fact, he doesnt even need to know about this :)

**Victim #3:** when I am bawling already I think heows kn

**Victim #3:** he knows

**Mislich:** then why dont you take one more picture and send it to me? then ill be off your back

**Mislich:** you have made your choice.

**Victim #3:** okay well why would I send another

**Mislich:** So i leave you alone. im strict but fair. do what i say and no one sees the pictures. make me mad and everyone sees them.

**Victim #3:** I am sorry thats fucked up

**Mislich:** fucked up, but fair. answer me - which choice will you make?

**Victim #3:** do you know you have a case against you with the cops

**Mislich:** ive been doing this a long time. no one is "Against me."

**Mislich:** this is your last chance. picture or post. up to you. if you waste my time again, i will post.

**Mislich:** 10 seconds.

**Mislich:** and posted.

**Mislich:** you made the decision.

**Mislich:** send me what i ask and ill delete it.

**Mislich:** i can post all night :)

**Victim #3:** I am trying to sleep I have to be up at 345

**Mislich:** then send me the picture and ill leave you alone

**Mislich:** until then, i will continue to post :)

**Mislich:** posting again

**Mislich:** just do what i say and you'll never hear from me again.

**Mislich:** every time you delete, i will post again... :) :)

**Mislich:** im serious. i can go all night.

**Mislich:** all you have to do is send me a picture and this will all be over. but you are truly an idiot.

**Mislich:** will ["REDACTED--Facebook friend of Victim #3") like this picture on her page?

**Mislich:** lets find out :)

**Mislisch:** how about ["REDACTED--Facebook friend #2"] and ["REDACTED--Facebook friend #3"] too? :)

**Victim #3** Can you chill the fuck out

**Mislich:** ??? no

**Mislich:** do what i say and ill leave you alone. its that simply.

**Mislich:** :)

**Mislich:** this is fun...

**Mislich:** Ok, ill stop

**Mislich:** im sorry

**Mislich:** but in a couple hours. maybe 3. ill post again.

**Mislich:** that way youre asleep and cant delete them. :)

**Mislich:** good night honey.

**Mislich:** :)

**Victim #3:** I called the cops

**Mislich:** and told them what? :)

**Victim #3:** that I am being harassed

**Mislich:** youre an idiot.

**Mislich:** "oh help me im being harassed"

**Mislich:** do what i say and ill leave you alone

**Victim #3:** its harassment dude

**Mislich:** im far away. deal with it :)

**Victim #3:** good thing my god father is a cop and is tracing it right

**Victim #3:** now

**Mislich:** ive been doing this a long time. there is no "tracing."

**Mislich:** :)

**Mislich:** i think i love you...

**Mislich:** if i stopped now

**Mislich:** could we maybe date?

**Victim #3:** of course i gotta have a name firdt

**Victim #3:** first

**Mislich:** brandon

**Mislich:** im not telling you my last name

**Mislich:** you dont know me

**Mislich:** but guess... who... sent... me... those... pictures :)

**Victim #3:** who

**Mislich:** someone you thought you could trust

**Victim #3:** you cant trust anyone

**Mislich:** especially not your boyfriend

**Mislich:** :)

**Victim #3:** whats my boyfriends name

    12. Victim #4, date of birth August 23, 1991, became aware of the series events involving the extortion of Victim #3 via Facebook and contacted the EPD. Victim #4 stated that an UI, later identified by law enforcement as Stephen B. Mislich, posing as her boyfriend, contacted her on July 21, 2012, using the email address of her boyfriend. The individual had surreptitiously gained access to the boyfriend's email account. Mislich asked Victim #4 to accept a friend request from the hi-jacked Facebook account of Victim #1 or else the subject would release nude photos of Victim #4. Victim #4 accepted the Facebook friend request. Mislich requested more photographs of Victim #4 and other girls from the Altamont, Illinois area. Mislich then posted nude photographs of Victim #4 to a Facebook timeline page belonging to Victim #4's boyfriend. Contact continued via the hi-jacked Victim #1 Facebook page through March 18, 2013.

    13. Investigation to date has substantiated that a video of Victim #4 was posted on the

Internet at motherless.com. The member's page titled "cold_dwelling" listed 9 video clips of Victim #4. Seven of the video clips show Victim #4 fully nude masturbating while also displaying her face. One of the video clips shows Victim #4 fully clothed and then undressing to her bra and underwear. The other video clip shows Victim #4 stripping from her bra and underwear to being fully nude. A copy of the chats from Stephen Mislich using the hi-jacked Facebook profile of Victim #1 to communicate with Victim #4 concerning the video is as follows:

**Mislich:** Hi ["REDACTED"]. The videos, all 9 of them, are now on the internet. Mother less.com is the name of the site, without the space of course. I will be using them to trade with people to get more pictures of other girls. A lot of people will like watching you touch yourself :)

**Mislich:** want a link? i can send you a link :)

**Mislich:** hows it feel being such a slut?

**Mislich:** you actually thought he was ["Name of Boyfriend"-- REDACTED]. thats hilarious.

**Mislich:** Hey

**Mislich:** I put your videos online :)

**Mislich:** Check them out: http://mother less.com/[REDACTED]
  **Mislich:** FB wont allow links, so erase the space between mother and less. all of your vids are there :)

**Mislich:** So hot :)
**Attachments [REDACTED Images re: Victim #4]**

**Mislich:** youre famous on that site, you stupid little bitch :)

**Mislich:** You've expanded beyond that site. Thank you for being so good to me with your pictures :)

14. An inquiry into the Internet Crimes Complaint Center (IC3) indicated that on June 25, 2012, Victim #5 filed a complaint that she was contacted via the hi-jacked Facebook page of Victim #1. The UI, later determined to be Stephen B. Mislich, gained access to Victim #5's

Gmail account and retrieved nude images of Victim #5. Mislich, while concealing his true identity, indicated that he was a "blackmailer." Mislich threatened to release the photographs to the student body of Greenville College. Mislich made additional contact with Victim #5 via the email address "blackmailforfun2@gmail.com". A Search Warrant is being sought for this email account. Victim #5 reported to law enforcement that she knew about another student, Victim #6, at Greenville College who had received similar threats from this UI.

15. In numerous Facebook chat sessions, the UI, later identified by law enforcement to be Stephen B. Mislich, asks specifically for images of females from the Altamont area. Mislich contacted young males from the Altamont area and provided them with a list of female names from the area. Mislich would then tell them to pick one of the female's names. Once a name was picked, Mislich would send a nude photograph of the chosen female. The males would then ask for more pictures but would be given direction from Mislich to acquire nude photos of certain girls unless they already had photos to trade with him. Mislich requested that the photograph contain a face. Once the male provided the requested pictures, Mislich would reward him with more nude pictures. Mislich repeated this process with several young males attending the Altamont High School and from the Altamont area. The following is an example of a chat between Mislich and a randomly contacted young male from the Altamont area:

**Mislich:** I have: ["REDACTED--Victim #4, Victim #7, Victim #8, Victim #9, Victim #10, Victim #11, Victim #12, Victim #13, Victim #14, Victim #15, Victim #16, Victim #17, Victim #18, Victim #19, Victim #20, Victim #21, Victim #22, Victim #23, Victim #25, Victim #2, Victim #26, Victim #27, Victim #28, Victim #3, Victim #29, and Victim #30"].

**Mislich:** Know any of those names?

**Random Contact:** Yes why?

**Mislich:** Name one you know.

**Random Contact:**   [REDACTED--names Victim #27]

**Mislich:** what do you think?
**Attachment** [REDACTED--Image of Victim #27 naked from the waist up and showing her face]

**Mislich:** i have pics of all the girls in that list. are you interested?

**Random Contact:** How did you do that?

**Mislich:** hacked emails/phones over a number of years.

**Random Contact:** Wow that's impressive

**Mislich:** interested in trading or not?

**Random Contact:** What do you want?

**Mislich:** altamont girls preferably

**Mislich:** got anything?

**Random Contact:** I don't have anything :( but you should send the rest of the photos you have

**Random Contact:** I have one girl but she isn't from here. And I know [Victim #26] and [Victim #16]

**Mislich:** who do you have?

**Random Contact:** She is from Minnesota [Name REDACTED]

**Mislich:** age?

**Random Contact:** 17

**Mislich:** lets see her

    16. The investigation as of this date indicates that Mislich contacted 267 male or females using the hi-jacked Facebook profile of Victim #1. 106 males either sent pictures to or traded pictures with Mislich. 74 male or females did not reply to the UI and 7 females were contacted for sex talk with Mislich posing as the female depicted as Victim #1.   These numbers are

expected to increase in light of the fact that Mislich's computer at his residence was seized on September 25, 2014, and has not yet been analyzed.

17. To date, two of the identified victims were students of Greenville College in Greenville, Illinois. Investigation to date has also confirmed that Mislich attended Greenville College and worked in the Information Technology Department, email address: ["REDACTED"]. A Search Warrant is being sought for this email address. Mislich attended Altamont High School in Altamont, Illinois. All of the victims identified to date have been identified as current or former residents of Altamont or those with some connection to Greenville College. Some of the victims are also Facebook "friends" with Mislich.

18. Mislich's internet chats also reveal an internet modeling scam that he was involved with named Phoenix Modeling. The chat conversations identify how Mislich, along with a second Unknown Individual (UI2), who is a computer hacker, used the Phoenix Modeling internet site to obtain pictures and then used them to extort additional pictures. Mislich states that he supplied the emails of the females he chose to UI2. A picture obtained from the images in the hi-jacked Facebook account that Mislich controls depicts a stamped name on the bottom of the picture showing the name Phoenix Modeling.

19. Mislich has remained in control of the hi-jacked Facebook account of Victim #1 and has contacted victims as of July 27, 2014, with a sample of the following messages. These messages were taken as a "screenshot" and a sample is transcribed as follows:

**Mislich:** "you guys will never, ever leave the city of effingham"
**Mislich:** "do you understand that? you are in a box that you will never escape from. how boring"
**Victim #4:** "Really"
**Mislich:** "yes"

**Mislich:** "is it ok if i masterbate to pics of ["REDACTED--Victim #1"]? ive sent them to a lot of people. we trade. they send me pics, i give them pics.

**Victim #4:** "No"

**Mislich:** "i bet i have pics you dont even remember taking"

**Victim #4:** "Idc"

**Mislich:** "i already told you/[Redacted] how to get me to stop"

**Mislich:** "send me another picture. thats all you have to do. then youll never hear from me again."

**Vicitm #4:** "No"

**Mislich:** "alright"

**Mislich:** "have fun with me acting like you for the next 50 years"

**Mislich:** "i know i will"

**Victim #4:** "no"

20. On September 25, 2014, a search warrant was executed at Mislich's Bowling Green, Ohio, residence. Only a cursory visual examination of the defendant's computer has been conducted. During that short, cursory examination, images of at least one of the victims heretofore referenced were seen on the defendant's computer. The cursory forensic preview also revealed the log in information to access the hi-jacked Facebook account of Victim #1.

### Conclusion

21. Based upon the above information, your affiant believes there is Probable Cause to believe that Stephen B. Mislich has committed violations of Title 18, United States Code, Section 875 (Extortion); and Title 18, United States Code Section 2261A (Harassment).

FURTHER AFFIANT SAYETH NAUGHT.

*[signature: Patrick J. Parker]*
PATRICK J. PARKER
SPECIAL FEDERAL OFFICER
FEDERAL BUREAU OF INVETIGATION

State of Illinois     )
                      ) SS.
County of St. Clair   )

    Sworn to before me, and subscribed in my presence on the 30th day of September 2014, at East St. Louis, Illinois.

*[signature]*
United States Magistrate Judge

STEPHEN R. WIGGINTON
United States Attorney
*[signature: Andrew ___ for]*
THOMAS E. LEGGANS
Assistant United States Attorney