IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 14-40086-SMY |
| ) | |
| vs. ) | |
| ) | |
| STEPHEN MISLICH, ) | Title 18, United States Code, |
| ) | Section 875(d) |
| ) | Title 18, United States Code, Section 2261A |
| ) | |
| Defendant. ) | |

FILED
OCT 07 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(EXTORTION)**

On or about February 24, 2014, in Effingham County, Illinois, within the Southern District of Illinois, and elsewhere,

**STEPHEN B. MISLICH,**

defendant herein, with intent to extort from a person a thing of value, did knowingly transmit in interstate and foreign commerce, that being a communication over the internet, containing a threat to injure the property and reputation of the person, by publishing nude images of that person if she did not provide him with a self-produced nude video by a certain date and time; all in violation of Section 875(d) of Title 18 of the United States Code.

**COUNT 2**
**(HARASSMENT)**

On about February 24, 2014, in Effingham County, Illinois, within the Southern District of Illinois, and elsewhere,

**STEPHEN B. MISLICH**

with the intent to injure, harass, and intimidate, used an interactive computer service, that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to a

person; all in violation of Title 18, United States Code, Section 2261A.

## COUNT 3
## (EXTORTION)

On or about December 17, 2013, in Effingham County, Illinois, within the Southern District of Illinois, and elsewhere,

**STEPHEN B. MISLICH,**

defendant herein, with intent to extort from a person a thing of value, did knowingly transmit in interstate and foreign commerce, that being a communication over the internet, containing a threat to injure the property and reputation of the person, by publishing nude images of that person if she did not provide a self-produced nude video of herself and a self-produced topless image of herself by a certain date and time; All in violation of Section 875(d) of Title 18 of the United States Code.

## COUNT 4
## (HARASSMENT)

On about December 17, 2013, in Effingham County, Illinois, within the Southern District of Illinois, and elsewhere,

**STEPHEN B. MISLICH**

with the intent to injure, harass, and intimidate, used an interactive computer service, that caused,

2

attempted to cause, and would be reasonably expected to cause, substantial emotional distress to a person; all in violation of Title 18, United States Code, Section 2261A.

A TRUE BILL:

███████████████

_____
STEPHEN R. WIGGINTON
United States Attorney

_____
THOMAS E. LEGGANS
Assistant United States Attorney

Recommended Bond: Detention

3