IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-CR-40086-SMY |
| | ) |
| | ) |
| STEPHEN MISLICH | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Motion requesting appointment under the Criminal Justice Act filed by counsel for Defendant Stephen Mislich (Doc. 59). The Motion requests that, pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, the Court appoint Defendant's current counsel, Daniel Juengel, to the CJA panel. For the reasons stated below, the Motion is **GRANTED**.

The Guide to Judiciary Policy, Volume 7A, § 2010.30.30 *Pro Hac Vice* Appointments provides:

1. If the district judge presiding over the case, or the chief judge if a district judge has not yet been assigned to the case, determines that the appointment of an attorney, who is not a member of the CJA panel, is in the interest of justice, judicial economy or continuity of representation, or there is some other compelling circumstance warranting the attorney's appointment, the attorney may be admitted to the CJA panel *pro hac vice* and appointed to represent the CJA defendant.[1]

---

[1] Guide to Judicial Policy, Vol. 7A (Guidelines for Administering the CJA and Related Statutes), published by the Administrative Office of the U.S. Courts, available at: http://www.uscourts.gov/FederalCourts/AppointmentofCounsel/CJAGuidelinesForms/vol7PartA/vol7PartAChapter2.aspx.

Mr. Juengel has represented Defendant in this matter since September 2014.  However, Defendant is without the financial capability to pay Mr. Juengel to continue representing him.  Mr. Juengel has already incurred over 30 hours of uncompensated time on this matter and asserts that continuing to represent Defendant without any form of compensation will create an undue hardship.  He requests this Court appoint him to the CJA panel so that he can be compensated at the CJA rate for further proceedings.

Defendant filed a Financial Affidavit of Indigency detailing his financial condition (*see* Doc. 56).  The Court finds that Defendant is indigent and the appointment of Mr. Juengel is in the interests of justice, judicial economy and continuity of representation.  Accordingly, attorney Daniel A. Juengel is hereby **ADMITTED** to the CJA Panel *pro hac vice* to represent Defendant Stephen Mislich for all further proceedings.  The appointment will be effective from the date of this Order through sentencing – Mr. Juengel **will not** receive compensation for any unpaid fees or costs incurred prior to the entry of this Order.  Mr. Juengel is **DIRECTED** to contact the CJA panel administrator, Misty Mosley, by **September 18, 2015**, to register with the Southern District of Illinois.

**IT IS SO ORDERED.**

**DATED: September 16, 2015**

s/ Staci M. Yandle
**STACI M. YANDLE**
**United States District Judge**
